USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                          :
KEVIN GAREY,                                  :
                                  Plaintiff,    :
                                                          :          19 Civ. 579 (LGS)
                    -against-                    :
                                                           :          **OPINION AND ORDER**
MIXOLOGY CLOTHING CO. LLC,            :
                                  Defendant.  :
                                                           :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. 13 directed the parties to file a joint letter and case management plan by April 11, 2019;

WHEREAS, the parties failed to file the materials. It is hereby

**ORDERED** that the parties shall file the joint letter and proposed case management plan ASAP or, in any event, by April 15, 2019, at noon.

Dated: April 12, 2019
       New York, New York

                                                        _/s/ Lorna G. Schofield_
                                                        **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**